*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 20-BG-132**

IN RE JOSEPH R. COSTELLO

**2019 DDN 169**

An Administratively Suspended
Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 465007**

BEFORE: Glickman and Thompson, Associate Judges, and Washington, Senior Judge.

**O R D E R**
(FILED – July 30, 2020)

On consideration of the certified order from the state of New York suspending respondent from the practice of law in that jurisdiction for a period of six months and until further order of the court; this court's February 28, 2020, order directing him to show cause why the equivalent reciprocal discipline of a six-month suspension with fitness should not be imposed; no response having been filed; the statement of Disciplinary Counsel; and it appearing that respondent filed his D.C. Bar R. XI, §14(g) affidavit on June 2, 2020, it is

ORDERED that Joseph R. Costello is hereby suspended from the practice of law in the District of Columbia for a period of six months *nunc pro tunc* to June 2, 2020, with reinstatement contingent on a showing of fitness.

**PER CURIAM**